■ In the Matter of PHILIP E. PARKER, a Suspended Attorney. [681 NYS2d 749] —Application granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Milonas, J. P., Rubin, Williams, Mazzarelli and Andrias, JJ.

■ In the Matter of FRANCIS X. MORRISSEY, JR., a Suspended Attorney, for Reinstatement. [681 NYS2d 749] —Motion to confirm the Report and Recommendation of the Special Referee and the Determination of the Hearing Panel and for reinstatement as an attorney and counselor-at-law in the State of New York granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Ellerin, Rubin, Tom and Mazzarelli, JJ.

■ In the Matter of JOSEPH A. COFINO, a Suspended Attorney, for Reinstatement. [681 NYS2d 749] —Motion to confirm the Hearing Panel's Report denied, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Williams and Tom, JJ.

■ In the Matter of DAVID N. BROCKETT (Admitted as DAVID NELSON BROCKETT), a Disbarred Attorney. [681 NYS2d 750] —Application granted to the extent of deeming the petition a motion to reopen the record and for other relief, and the matter is referred for a hearing before a Referee, all as indicated. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Williams and Tom, JJ.